

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00005-CV

**ESTATE OF** Francisco **RODRIGUEZ**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC0654-A
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Blanca Rodriguez.

SIGNED January 10, 2018.

_____
Patricia O. Alvarez, Justice